WR-82,831-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/6/2015 3:39:05 AM
Accepted 2/6/2015 9:42:33 AM
ABEL ACOSTA
CLERK

## IN THE TEXAS COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | RECEIVED<br>COURT OF CRIMINAL APPEALS<br>2/6/2015<br>ABEL ACOSTA, CLERK |
| | § | |
| **v.** | § | **CASE NO.** _____ |
| | § | |
| **LUIS SOLIS GONZALEZ** | § | |

### DEFENDANT'S EMERGENCY MOTION FOR A
### STAY OF TRIAL COURT PROCEEDINGS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Luis Solis Gonzalez, Defendant in the above styled and numbered cause, and requests an emergency stay of proceedings in the trial court, and would show the Court as follows:

1. On January 9, 2015, the trial court ordered the Defendant to proceed to trial for a capital offense in which the State is seeking the death penalty before the Texas Department of Public Safety performs DNA tests of biological evidence collected as part of the investigation for the offense.

2. The court is set to proceed with trial beginning on February 9, 2015.

3. The Defendant filed its Emergency Writ of Mandamus on February 5, 2015.

4. The Defendant respectfully requests that a stay of the trial court proceedings be ordered pending a resolution of the Defendant's appeal.

### PRAYER

WHEREFORE, the Defendant prays that its motion be granted and an emergency stay of the trial court proceedings be ordered pending resolution of the Defendant's appeal.

Respectfully submitted,


**JOE A. SPENCER**
**ATTORNEY AND COUNSELOR AT LAW**
1009 Montana Ave.
El Paso, Texas 79902
(915) 532-5562
(915) 532-7535 fax


_____/s/_____
**JOE A. SPENCER**
State Bar No. 18921800


**JOSHUA C. SPENCER**
**ATTORNEY AND COUNSELOR AT LAW**
1009 Montana Ave.
El Paso, Texas 79902
(915) 532-5562
(915) 532-7535 fax


_____/s/_____
**JOSHUA C. SPENCER**
State Bar No. 24067879


## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the above motion was sent by hand delivery

to State's Assistant District Attorney, Denise Butterworth and to the trial court: the Honorable

Luis Aguilar, 243rd District Court of El Paso County, Texas.


_____/s/_____
**JOE A. SPENCER**